THOMAS E. FRANKOVICH (State Bar No. 074414)
KRISTINA M. WERTZ (State Bar No. 235441)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900
Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

JAMERSON C. ALLEN (State Bar No. 132866)
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:    415/394-9400
Facsimile:    415/394-9401
Attorneys for Defendant
PELICAN INN ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and ) <br> DISABILITY RIGHTS ENFORCEMENT, ) <br> EDUCATION, SERVICES: HELPING YOU ) <br> HELP OTHERS, a California public benefit ) <br> corporation, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PELICAN INN ASSOCIATES, a California ) <br> limited partnership, ) <br> ) <br>     Defendant. ) <br> _____ ) | **CASE NO. C04-5058 JL** <br><br> **JOINT STIPULATION TO CONTINUE COURT-SPONSORED MEDIATION DATE; COURT ORDER** <br><br> No Trial Date Set |

JOINT STIPULATION TO CONTINUE MEDIATION DATE

CaSeaSe04-04-09058058-JLDDocument617 Filed08080205Page23of 3

08/05/2005  12:00    4156749900        THE FRANKOVICH GROUP        PAGE  02/02
08/04/2005 14:58 FAX 415 541 9055      JACKSON, LEWIS SF                    @003/004

1   The parties to the above-entitled action jointly submit this Joint Stipulation to Continue the
2   Mediation Date.

3       1.  At the initial Case Management Conference on May 11, 2005, Magistrate Larson ordered
4           the parties to participate in court-sponsored mediation within 90 days. In addition,
5           Magistrate Larson ordered plaintiffs' counsel to provide defense counsel with a list of
6           allegedly non-compliant areas at issue. He further instructed the parties to arrange a joint
7           site inspection with experts prior to the mediation. However, Plaintiffs' counsel stated
8           that Plaintiffs do not require nor desire a joint inspection because Plaintiffs have
9           previously inspected the premises. A further Case Management Conference is presently
10          scheduled for September 7, 2005 at 9:30 a.m.;

11      2.  On June 21, 2005, Plaintiffs' counsel provided defense counsel with a list of allegedly
12          non-compliant areas;

13      3.  On June 23, 2005, the parties were contacted by neutral/mediator Gail Killefer to
14          participate in a mediation scheduling teleconference on June 30, 2005, during which time
15          it was learned that Plaintiffs' counsel is unavailable the first two weeks in August and
16          Defendant's counsel is unavailable the last week in August;

17      4.  On June 30, 2005, the parties and Ms. Killefer discussed and agreed that Plaintiffs would
18          provide a settlement demand to Defendant within two weeks and the parties would
19          execute and file a Stipulation to continue the mediation date;

20      5.  Defendant's client representative is traveling internationally during the months of
21          September and October; and

22      6.  Therefore, the parties stipulate to continue the mediation date until November 30, 2005.

23
24  Dated: August 5, 2005                    THOMAS E. FRANKOVICH,
                                             A PROFESSIONAL LAW CORPORATION
25
26                                           By: _____
                                                 Kristina M. Wertz
27                                           Attorney for Plaintiffs
                                             PATRICK CONNALLY and DISABILITY
28                                           RIGHTS ENFORCEMENT, EDUCATION
                                             SERVICES: HELPING YOU HELP OTHERS

JOINT CASE MANAGEMENT STATEMENT; Case No. C04-5058MJJ                              2

Dated: August 5, 2005      JACKSON LEWIS LLP

By

Jamerson C. Allen
Attorneys for Defendant
PELICAN INN ASSOCIATES

## ORDER

Having reviewed the foregoing and having good cause therefor, the Court hereby ORDERS the following:

1.    The parties shall have until November 30, 2005 to participate in Court-sponsored mediation; and

2.    The further Case Management Conference date of September 7, 2005 at 9:30 a.m. is hereby vacated. A further Case Management Conference is hereby scheduled for   December 21  , 2005 at 10:30 a.m.

IT IS SO ORDERED.

DATE:   August 10  , 2005



APPROVED

Judge James Larson