| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| | KRISTINA M. WERTZ (State Bar No. 235441) |
| 2 | JENNIFER L. STENEBERG (State Bar No. 202985) |
| | Thomas E. Frankovich, a Professional Law Corporation |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600 |
| | Facsimile:   415/674-9900 |
| 5 | Attorneys for Plaintiffs |
| | PATRICK CONNALLY |
| 6 | and DISABILITY RIGHTS |
| | ENFORCEMENT, EDUCATION, |
| 7 | SERVICES: HELPING YOU |
| | HELP OTHERS |

JAMERSON C. ALLEN (State Bar No. 132866)
CARA CHING-SENAHA (State Bar No. 209467)
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:   415/394-9400
Facsimile:   415/394-9401
Attorneys for Defendant
PELICAN INN ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PELICAN INN ASSOCIATES, a California limited partnership,<br><br>　　　　Defendant. | **CASE NO. C04-5058 JL**<br><br>**JOINT STIPULATION TO CONTINUE COURT-SPONSORED MEDIATION DATE; COURT ORDER**<br><br>No Trial Date Set |

JOINT STIPULATION TO CONTINUE MEDIATION DATE                                                                                              1

| | |
|---|---|
| 1 | The parties to the above-entitled action jointly submit this Joint Stipulation to Continue the |
| 2 | Mediation Date. |

1. The parties previously stipulated, and the Court previously ordered the parties, to complete mediation by November 30, 2005;
2. On November 16, 2005, the parties participated in a joint teleconference with the Court-appointed Mediator whereby it was agreed: (a) the parties through their counsel would participate in one or more teleconferences *in advance of the mediation* to crystallize the issues in an effort to pursue informal resolution and to make for a more productive and stream-lined mediation; (b) in order to enable the parties to engage in the teleconferences referenced in subparagraph (a), above, the parties require a modest extension so that they may hold their teleconferences prior to the mediation; and; (c) if the parties are still unable to resolve all claims made by Plaintiffs, then the parties will participate in a mediation before Court-appointed Mediator Gail Killefor on December 13, 2005.
3. On November 17, 2005, the parties learned that there had been a mix-up in the scheduling and Plaintiffs' counsel would not be able to attend mediation on December 13. The Mediator is unavailable after December 14 through the New Year. The parties and Mediator therefore agreed to mediate in January 2006, and to request a postponement of the further case management conference in light of these developments. The parties currently have a case management conference scheduled on December 21, 2005.
4. For these reasons, the parties stipulate to continue the last date by which they must mediate this case to January 31, 2006 and to continue the case management conference to sometime thereafter, as the Court's calendar permits.

Dated: November 24, 2005

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: _____
Jennifer Steneberg
Attorney for Plaintiffs
PATRICK CONNALLY and DISABILITY
RIGHTS ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU HELP OTHERS

JOINT STIPULATION TO CONTINUE MEDIATION DATE        Case No. C04-5058-JL

2

| | | |
|---|---|---|
| 1 | Dated: November 21, 2005 | JACKSON LEWIS LLP |

By  *Cara Ching-Senaha*
Cara Ching-Senaha
Jamerson C. Allen
Attorneys for Defendant
PELICAN INN ASSOCIATES

## ORDER

Having reviewed the foregoing and having good cause therefor, the Court hereby ORDERS the following:

1. The parties shall have until January 31, 2006 to participate in Court-sponsored mediation.

2. The further Case Management Conference date of December 21, 2005 at 10:30 a.m. is hereby vacated. A further Case Management Conference is hereby scheduled for __February 22__, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATE: _____November 30_____, 2005

IT IS SO ORDERED
*James Larson*
Judge James Larson